UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEREMI EMMANUEL ATANDA,

    Petitioner,

    v.

A. NEIL CLARK,

    Respondent.

Case No. C09-0157RSL

ORDER DENYING MOTION TO SEAL

This matter comes before the Court on the government's motion to seal the May 2009 Decision to Continue Detention and Post Order Custody Review Worksheet of the petitioner. Local Rule 5(g) states, "There is a strong presumption of public access to the court's files and records which may be overcome only on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting" a document. Despite this requirement, the government provided no argument or information to support sealing the documents. Nor is any justification for a seal apparent. Moreover, the petitioner's own privacy rights cannot justify the seal because he filed a response objecting to sealing the documents. After receiving petitioner's response, the government did not file a reply to attempt to justify the sealing of the documents.

Because the government has failed to provide any information to warrant sealing the

ORDER DENYING MOTION TO SEAL - 1

documents, its motion to seal (Dkt. #23) is DENIED. The Clerk of the Court is directed to unseal docket entries #24 and #26[1] in this case.

DATED this 31st day of July, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Respondent filed his opposition under seal, perhaps believing that he needed to do so in response to a motion to seal. Regardless of the reason, the opposition does not warrant a seal under Local Rule 5(g).

ORDER DENYING MOTION TO SEAL - 2