# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEREMI EMMANUEL ATANDA,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C09-157-RSL |

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation is adopted and approved. Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, respondent's motion to dismiss, Dkt. 14, is GRANTED, and this action is DISMISSED with prejudice;

Dated this _31_ day of _July_, 2009.

BRUCE RIFKIN
Clerk

Deputy Clerk

09-CV-00157-MAN